UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-20072-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA

v.

KAMARI MAURICE GRAHAM,

       Defendant.

## NOTICE ON FINAL FORFEITURE

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Final Forfeiture:

1. On June 21, 2021, pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), the Court entered a Preliminary Order of Forfeiture, ECF No. 60, forfeiting, subject to third-party interests:

   a. Approximately $6,960.00 in U.S. currency, seized on or about September 5, 2020;

   b. One gold chain, seized on or about September 24, 2020;

   c. Approximately $7,000.00 in U.S. currency, seized on September 24, 2020; and ;

   d. a black and gray Louis Vuitton shoulder bag, seized on or about September 24, 2020.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days.  *See* Decl. of Publication, ECF No.75; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. On or about July 27, 2021, the United States sent various written notices of the forfeiture action to: Krystal Graham a potential claimant with standing to contest the forfeiture of the property with actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1). *See* Exhibit A direct notices on July 29, 2021, August 2, 2021 and August 4, 2021.

4. The notice advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. None of the entities to which notice was sent has filed a claim in this action.

6. To date, no petition or claims have been filed for the Defendant, and the time period for filing a petition claiming an interest in the property has expired.

7. The Preliminary Order of Forfeiture stated that if no claims were filed within 30 days of the final publication or within 30 days of receipt of actual notice, whichever is earlier, then, any duly authorized law enforcement official may dispose of the Property in accordance with applicable law.

8. Accordingly, the property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: /s/ Joshua Paster
Joshua Paster
Assistant United States Attorney
Court ID No. A5502616
99 N.E. 4th Street, 7th Floor
Miami, Florida   33132-2111
Telephone: (305) 961-9342
E-mail: Joshua.Paster@usdoj.gov