

U.S. Department of Justice

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4th Street, Suite 700*
*Miami, FL 33132-2111*
*Telephone (305) 961-9294*
*Facsimile (305) 536-4089*

July 27, 2021

**VIA FEDERAL EXPRESS MAIL**

Krystal Graham
1211 N.W. 27th Lane
Ft. Lauderdale, FL 33311

      Re:    Notice of Forfeiture
                 *U.S. v. Kamari Maurice Graham*
                 Criminal Case No.   21-20072-CR-DMM

To Whom It May Concern:

      The U.S. District Court for the Southern District of Florida has ordered that certain property in the above-referenced criminal case be forfeited to the United States.  The enclosed published Notice of Forfeiture and Preliminary Order of Forfeiture describes the forfeited properties subject to forfeiture and the procedure for filing a petition to claim any of the forfeited property.

***SEE ATTACHMENT.***

      By receipt of this letter, you are given actual notice of the forfeiture of the property referred to in the Preliminary Order of Forfeiture and of your right to assert a claim to them. This Notice is intended only to apprize you of your rights; service of this Notice of Forfeiture in no way is intended to imply that the United States believes that you have a valid claim to any of the forfeited property.

2

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). Under 21 U.S.C. § 853(n)(2), a person must file a petition in the criminal case claiming forfeited property within thirty (30) days of the receipt of this letter or within sixty days (60) of the first date of publication of the Notice of Forfeiture, <u>whichever is earlier</u>. If delivery of the letter is delayed for any reason until after the last publication date, however, the time for filing a claim would run from the last publication date and not from the date of the receipt of the letter.

Sincerely,

Joshua Paster
Assistant United States Attorney
(305) 961-9342
Joshua.Paster@usdoj.gov

Enclosures: (1) Published Notice on Forfeiture & (1) Preliminary Order of Forfeiture

JP/plt

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## COURT CASE NUMBER: 21-CR-20072-DMM; NOTICE OF FORFEITURE

Notice is hereby given that on June 22, 2021, in the case of U.S. v. Kamari Maurice Graham, Court Case Number 21-CR-20072-DMM, the United States District Court for the Southern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

Approximately $6,960.00 in U.S currency, seized on or about September 5,2020; (20-USS-000437)

Approximately $7,000.00 in U.S currency, seized on or about September 24, 2020; (20-USS-000438)

One gold chain, seized on or about September 24, 2020; (20-USS-000439)

A black and gray Louis Vuitton shoulder bag, seized on or about September 24, 2020 (20-USS-000440)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (July 24, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128, and a copy served upon Assistant United States Attorney Joshua Paster, 99 N.E. 4th Street, Miami, FL 33132. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online

or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Joshua Paster, 99 N.E. 4th Street, Miami, FL 33132. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Ship, manage, track, deliver


**RATE & SHIP**

**TRACK**


**LOCATIONS**

**TRACKING ID**
8100 2432 5366

## TRACK

**MULTIPLE TRACKING NUMBERS** |
**NEED HELP? (HTTPS://WWW.FEDEX.COM/EN-US/QUICK-HELP/TRACKING/F_QUICKHELP.HTML)**

8100 2432 5366    

**ADD NICKNAME**

Delivered
Wednesday, August 4, 2021
at 7:37 pm

**DELIVERED**

Signed for by: K. GRAHAM

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

Direct signature required ⓘ

| **FROM** | **TO** |
| --- | --- |
| MIAMI, FL US | FORT LAUDERDALE, FL US |

SEE FULL DETAILS



## Personalize Your Deliveries

Need to customize this delivery?
Learn how FedEx Delivery Manager® can help ensure your
deliveries meet your schedule - not the other way.

GET STARTED
(HTTPS://WWW.FEDEX.COM/APPS



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4th Street, Suite 700*
*Miami, FL 33132-2111*
*Telephone (305) 961-9294*
*Facsimile (305) 536-4089*

July 27, 2021

**VIA FEDERAL EXPRESS MAIL**

Krystal Graham
700 S.W. 78th Avenue, Apt. 208
Planation, FL 33324

      Re:    Notice of Forfeiture
               *U.S. v. Kamari Maurice Graham*
               Criminal Case No.  21-20072-CR-DMM

To Whom It May Concern:

      The U.S. District Court for the Southern District of Florida has ordered that certain property in the above-referenced criminal case be forfeited to the United States. The enclosed published Notice of Forfeiture and Preliminary Order of Forfeiture describes the forfeited properties subject to forfeiture and the procedure for filing a petition to claim any of the forfeited property.

### *SEE ATTACHMENT.*

      By receipt of this letter, you are given actual notice of the forfeiture of the property referred to in the Preliminary Order of Forfeiture and of your right to assert a claim to them. This Notice is intended only to apprize you of your rights; service of this Notice of Forfeiture in no way is intended to imply that the United States believes that you have a valid claim to any of the forfeited property.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). Under 21 U.S.C. § 853(n)(2), a person must file a petition in the criminal case claiming forfeited property within thirty (30) days of the receipt of this letter or within sixty days (60) of the first date of publication of the Notice of Forfeiture, <u>whichever is earlier</u>. If delivery of the letter is delayed for any reason until after the last publication date, however, the time for filing a claim would run from the last publication date and not from the date of the receipt of the letter.

Sincerely,

Joshua Paster
Assistant United States Attorney
(305) 961-9342
Joshua.Paster@usdoj.gov

Enclosures: (1) Published Notice on Forfeiture & (1) Preliminary Order of Forfeiture

JP/plt



# Ship, manage, track, deliver


**RATE & SHIP**

**TRACK**


**LOCATIONS**

**TRACKING ID**
8100 2432 5344

## TRACK

**MULTIPLE TRACKING NUMBERS** |
**NEED HELP? (HTTPS://WWW.FEDEX.COM/EN-US/QUICK-HELP/TRACKING/F_QUICKHELP.HTML)**

8100 2432 5344     

**ADD NICKNAME**

## Delivered
Monday, August 2, 2021 at 11:23 am



**DELIVERED**

Signed for by: J.PETR

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

Direct signature required ⓘ

**FROM**  
MIAMI, FL US

**TO**  
FL US

SEE FULL DETAILS



## Personalize Your Deliveries

Need to customize this delivery?  
Learn how FedEx Delivery Manager® can help ensure your deliveries meet your schedule - not the other way.

GET STARTED  
(HTTPS://WWW.FEDEX.COM/APPS



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*99 N.E. 4th Street, Suite 700*
*Miami, FL 33132-2111*
*Telephone (305) 961-9342*
*Facsimile (305) 536-4089*

July 27, 2021

**VIA FEDERAL EXPRESS MAIL**

Krystal Graham
***MONARCH STATION APARTMENTS***
4911 W. Sample Road, Apt. 410
Coconut Creek, FL 33073

      Re:    Notice of Forfeiture
                *U.S. v. Kamari Maurice Graham*
                Criminal Case No. 21-20072-CR-DMM

To Whom It May Concern:

      The U.S. District Court for the Southern District of Florida has ordered that certain property in the above-referenced criminal case be forfeited to the United States. The enclosed published Notice of Forfeiture and Preliminary Order of Forfeiture describes the forfeited properties subject to forfeiture and the procedure for filing a petition to claim any of the forfeited property.

                                            ***SEE ATTACHMENT.***

      By receipt of this letter, you are given actual notice of the forfeiture of the property referred to in the Preliminary Order of Forfeiture and of your right to assert a claim to them. This Notice is intended only to apprize you of your rights; service of this Notice of Forfeiture in no way is intended to imply that the United States believes that you have a valid claim to any of the forfeited property.

The procedure for filing a claim is set forth more fully in 21 U.S.C. § 853(n). Under 21 U.S.C. § 853(n)(2), a person must file a petition in the criminal case claiming forfeited property within thirty (30) days of the receipt of this letter or within sixty days (60) of the first date of publication of the Notice of Forfeiture, <u>whichever is earlier</u>. If delivery of the letter is delayed for any reason until after the last publication date, however, the time for filing a claim would run from the last publication date and not from the date of receipt of the letter.

Sincerely,

Joshua Paster
Assistant United States Attorney
(305) 961-9342
Joshua.Paster@usdoj.gov

Enclosures: (1) Published Notice on Forfeiture & (1) Preliminary Order of Forfeiture

JP/plt

2



# Ship, manage, track, deliver


**RATE & SHIP**

**TRACK**


**LOCATIONS**

**TRACKING ID**
8100 2432 5355

## TRACK

**MULTIPLE TRACKING NUMBERS** |
**NEED HELP? (HTTPS://WWW.FEDEX.COM/EN-US/QUICK-HELP/TRACKING/F_QUICKHELP.HTML)**

8100 2432 5355    

**ADD NICKNAME**

Delivered
Thursday, July 29, 2021 at
10:07 am

**DELIVERED**

Signed for by: K.GRAHAM

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

Direct signature required ⓘ

| **FROM** | **TO** |
| MIAMI, FL US | FL US |

**SEE FULL DETAILS**



## Personalize Your Deliveries

Need to customize this delivery?
Learn how FedEx Delivery Manager® can help ensure your
deliveries meet your schedule - not the other way.

**GET STARTED
(HTTPS://WWW.FEDEX.COM/APPS**